**THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | | |
|---|---|---|
| RE:  JOSEPH GARRETT RATCLIFF | * | CHAPTER 13 |
| | * | CASE NO.  23-50352 |
| Debtor | * | |

## NOTICE OF HEARING & DEADLINE TO FILE OBJECTION

PLEASE TAKE NOTICE that the Movant has requested the entry an order granting the following Motion, a copy of which is attached hereto:

**MOTION TO EXTEND AUTOMATIC STAY**

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion has been scheduled in the U.S. Bankruptcy Court for Western District of Virginia as follows:

| Date & Time | Location |
|---|---|
| August 24, 2023 at 9:30 a.m. | The hearing shall be held by video conference.   Parties shall NOT appear in person. Any party opposing the motion or otherwise seeking to be heard should read carefully the remainder of this Notice regarding the importance of filing a response and also should join the video conference hearing using the following URL and Meeting ID:<br>**Meeting ID:** 160 369 2643<br>**URL:**     https://vawb-uscourts-gov.zoomgov.com/j/1603692643 |

**PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 9013-1(M), any party wishing to object to the Motion must file a written response to the Motion with the Court and serve such objection upon the undersigned counsel by not less than seven (7) days before the date of the hearing specified in this Notice, and that the failure to file a response by this deadline may result in the Court treating the Motion as uncontested, entering an order granting the Motion prior to the hearing, cancelling the hearing described in this Notice, and / or taking such other action as may be appropriate to further the ends of justice.**

Date:  August 4, 2023                                                                    JOSEPH GARRETT RATCLIFF

                                                    By:    /s/ David Cox
                                                                  Counsel

David Cox (VSB No. 38670)
COX LAW GROUP, PLLC
900 Lakeside Drive

Lynchburg, VA 24501
Telephone:	434-845-2600
Facsimile:	434-845-0727
Email: david@coxlawgroup.com
Counsel for the Movant

## Certificate of Service

  The undersigned certifies that on August 4, 2023: (a) I caused to be mailed through United States Postal Service First Class Mail, a true and correct copy of the attached Motion and Notice of Hearing addressed to the parties indicated on the mailing matrix retrieved from this Court's database on this same date; and (b) That on this same date, the above referenced documents were filed electronically through the CM/ECF system which caused the Registered Participants in this proceeding to be served by electronic means with each document.

        /s/ David Cox
        Counsel

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

RE:  JOSEPH GARRETT RATCLIFF  *  CHAPTER 13
                                                             *  CASE NO.  23-50352
                  Debtor  *

### DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY

Comes now, Joseph Garrett Ratcliff, the debtor ("Debtor"), by counsel, and files this motion pursuant to Bankruptcy Code Section 362 to request an extension of the automatic stay, and in support thereof, Debtor states as follows:

1.    On July 24, 2023, the Debtor filed in this Court a Petition under Chapter 13 of the United States Bankruptcy Code.

2.    The Debtor filed one prior bankruptcy case in the year prior to the petition date, to wit: Case No. 22-50521, filed November 17, 2022, as a chapter 13 and dismissed December 5, 2022, without prejudice.

3.    Due to the dismissal of the previous case, the automatic stay will expire 30 days after the date of filing this new petition.

4.    The Debtor did not complete the schedules and statements required in his previous case and did not sufficiently understand the process.

5.    The Debtor is requesting that the Court extend the automatic stay in this case because he is better prepared to take all required actions and file all necessary documents for a chapter 13 case.

6.    The Debtor also respectfully submits that he will be able to submit a feasible plan in this case that will increase the likelihood of his successful reorganization.  Specifically, the Debtor is selling a radio station that is owned by the Debtor's corporation.  The Debtor has

already negotiated terms of such a sale that is expected to close within the first 6 months after the Bankruptcy is filed, and the proceeds of the sale will satisfy all allowed creditors in the case. Even if the current buyer does not ultimately close on the sale of the radio station, the Debtor believes there is a market for the radio station, and there will be other suitable buyers in the future.

7.  For the forgoing reasons, the Debtor seeks an extension of the automatic stay imposed for 30-days pursuant to 11 U.S.C. §362(c)(3)(A), as to all creditors until further order or discharge to effectuate an orderly reorganization, pursuant to 11 U.S.C. §362(c)(3)(B).

**WHEREFORE,** your Debtor prays that the Court enter an order: (1) extending the automatic stay in this case, and (2) providing for such other relief as may be appropriate.

Respectfully submitted,

JOSEPH GARRETT RATCLIFF

Date: August 4, 2023     By:  /s/ David Cox

Counsel for Debtor

David Cox, VSB #38670
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
434/845-2600
843/845-0727 fax
david@coxlawgroup.com